FILED

08/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

IN THE MATTER OF CALLING A DISTRICT
JUDGE TO ACTIVE SERVICE

O R D E R

In October 2020, the Honorable James A. Manley, Judge of the District Court for the Twentieth Judicial District of the State of Montana, requested the assistance of retired District Judge Karen Townsend to assume jurisdiction of Lake County Cause No. DV 20-109, *Briney, et al. v. Presbyterian Church, et al.* Judge Townsend was no longer able to preside over this matter, and the Honorable Amy Eddy agreed to assume jurisdiction. A substitution of judge has been filed, and the Honorable Elizabeth A. Best has agreed to assume jurisdiction.

IT IS HEREBY ORDERED:

1. The Honorable Elizabeth A. Best is hereby authorized to assist the Twentieth Judicial District of the State of Montana and shall assume judicial authority of Lake County Cause No. DV 20-109, *Briney, et al. v. Presbyterian Church, et al.*

2. Judge Best is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

3. A copy of this Order shall be filed with the Clerk of Court of Lake County, with the request that this Order be sent to all counsel of record in County Cause No. DV 20-109, *Briney, et al. v. Presbyterian Church, et al.*

A copy of this Order shall be provided to the Honorable James A. Manley, the Honorable Elizabeth A. Best, the Honorable Amy Eddy, and Beth McLaughlin, Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this _____ day of August, 2021.

_____
Chief Justice

2